UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAWRENCE CHRISTOPHER
GERICH,

    Plaintiff,

v.                                       Case No. 3:22cv24711-LC-HTC

ESCAMBIA COUNTY, et al.,

    Defendants.
_____/

## **ORDER**

    The magistrate judge issued a Report and Recommendation on February 9, 2023, (ECF No. 9), recommending dismissal based on Plaintiff's failure to state a claim upon which relief may be granted.  Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

    Having considered the Report and Recommendation, I have determined it should be adopted.

    Accordingly, it is **ORDERED**:

    1.    The magistrate judge's Report and Recommendation (ECF No. 9) is adopted and incorporated by reference in this order.

2.This case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii) due to Plaintiff's failure to state a claim upon which relief may be granted.

3.The clerk shall close the file.

**DONE AND ORDERED** this 10th day of March, 2023.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv24711-LC-HTC